1004

No. 71–339. KERSHAW *v.* TENNESSEE. Sup. Ct. Tenn. Motion to dispense with printing petition granted. Certiorari denied.

No. 71–428. BACALL ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–141. COLLIGAN ET AL. *v.* ACTIVITIES CLUB OF NEW YORK, LTD., AKA NEW YORK WINTER SKI CLUB, ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE STEWART are of the opinion that certiorari should be granted.

No. 71–435. RYAN *v.* TARR, DIRECTOR, SELECTIVE SERVICE SYSTEM, ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–5312. HENDERSON *v.* CITY OF KANSAS CITY. Sup. Ct. Mo. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–293. GOHAM ET AL. *v.* NEBRASKA. Sup. Ct. Neb. Motion to dispense with printing petition and reply brief granted. Certiorari denied.

No. 71–421. TEXAS GULF SULPHUR CO. ET AL. *v.* MITCHELL ET AL. C. A. 10th Cir. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE BLACKMUN are of the opinion that certiorari should be granted.